**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6272**

JOSEPH A. DUNSTON,

               Petitioner - Appellant,

      v.

HECTOR JOYNER, Warden,

               Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Timothy M. Cain, District Judge.  (5:19-cv-01960-TMC)

Submitted:  September 22, 2020             Decided:  September 30, 2020

Before MOTZ, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph A. Dunston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph A. Dunston, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge, granting Respondent's motion for summary judgment, and denying relief on Dunston's 28 U.S.C. § 2241 petition in which Dunston challenged the execution of the sentence imposed by the United States District Court for the Eastern District of Pennsylvania. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dunston v. Joyner*, No. 5:19-cv-01960-TMC (D.S.C. Feb. 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*